B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of West Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Raleigh Hardware Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**55-0261280** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**238 Depot Street**<br>**Mabscott, WV**<br>ZIP Code **25871** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Raleigh** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 576**<br>**Mabscott, WV**<br>ZIP Code **25871** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Raleigh Hardware Co.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____ Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                            Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Raleigh Hardware Co.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Joseph W. Caldwell & Marshall C. Spradling**
Signature of Attorney for Debtor(s)

**Joseph W. Caldwell & Marshall C. Spradling 586/3539**
Printed Name of Attorney for Debtor(s)

**Caldwell & Riffee**
Firm Name

**3818 MacCorkle Ave. S.E. Suite 101**
**Post Office Box 4427**
**Charleston, WV 25364-4427**

_____
Address

                    **Email: chuckriffee@verizon.net**
**(304) 925-2100  Fax: (304) 925-2193**
Telephone Number

**September 29, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lourn M. Boyce, Jr.**
Signature of Authorized Individual

**Lourn M. Boyce, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 29, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of West Virginia

In re   **Raleigh Hardware Co.**                                        Case No. _____

                                       Debtor(s)                        Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Ace Steel, Inc.<br>2200 Buford Avenue, S. W.<br>Roanoke, VA 24015 | Ace Steel, Inc.<br>2200 Buford Avenue, S. W.<br>Roanoke, VA 24015 | | | 17,370.25 |
| BP Industries, Inc.<br>P. O. Box 406<br>Hico, WV 25854 | BP Industries, Inc.<br>P. O. Box 406<br>Hico, WV 25854 | | | 4,688.39 |
| C. L. Smith Industrial Co.<br>2972 Arnold Tenbrook Drive<br>Arnold, MO 63010 | C. L. Smith Industrial Co.<br>2972 Arnold Tenbrook Drive<br>Arnold, MO 63010 | | | 4,675.28 |
| Data Resources Corp.<br>P. O. Box 800<br>Beaver, WV 25813 | Data Resources Corp.<br>P. O. Box 800<br>Beaver, WV 25813 | | | 2,491.00 |
| Do It Best Corp.<br>24441 Network Place<br>Chicago, IL 60673 | Do It Best Corp.<br>24441 Network Place<br>Chicago, IL 60673 | | | 23,514.31 |
| Duraline, Inc.<br>P. O. Box 13130<br>Pittsburgh, PA 15243 | Duraline, Inc.<br>P. O. Box 13130<br>Pittsburgh, PA 15243 | | | 4,434.00 |
| Foster Supply, Inc.<br>4847 Teays ValleyRoad<br>P. O. Box 488<br>Scott Depot, WV 25560 | Foster Supply, Inc.<br>4847 Teays ValleyRoad<br>P. O. Box 488<br>Scott Depot, WV 25560 | Judgment Case No. 10-C-72 (Original amount owed $8,084.50) | | 8,623.90 |
| General Purpose Steel/Euler Hermes UMA<br>505 Braddock Avenue<br>Turtle Creek, PA 15145 | General Purpose Steel/Euler Hermes UMA<br>505 Braddock Avenue<br>Turtle Creek, PA 15145 | Judgment Case No. 09-C-898-H | | 66,481.29 |
| Hess, Stewart & Campbell<br>940 Fourth Avenue, Suite 2<br>P. O. Box 1060<br>Huntington, WV 25713 | Hess, Stewart & Campbell<br>940 Fourth Avenue, Suite 2<br>P. O. Box 1060<br>Huntington, WV 25713 | Accounting | | 2,750.00 |
| Kenilworth Steel<br>106 East Market Street<br>Warren, OH 44481 | Kenilworth Steel<br>106 East Market Street<br>Warren, OH 44481 | | | 10,465.68 |
| L. B. Steel LLC<br>37402 Eagle Way<br>Chicago, IL 60678 | L. B. Steel LLC<br>37402 Eagle Way<br>Chicago, IL 60678 | | | 3,297.90 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Raleigh Hardware Co.**                                            Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lamson & Sessions 25701 Science Park Drive Beachwood, OH 44122 | Lamson & Sessions 25701 Science Park Drive Beachwood, OH 44122 | | | 5,459.10 |
| Rochling Engineering Plastics LP P. O. Box 536451 Atlanta, GA 30353 | Rochling Engineering Plastics LP P. O. Box 536451 Atlanta, GA 30353 | | | 4,800.00 |
| Rockingham Steel, Inc. c/o Ellen Colan P. O. Box 1347 Harrisonburg, VA 22803 | Rockingham Steel, Inc. c/o Ellen Colan P. O. Box 1347 Harrisonburg, VA 22803 | Judgment Case No. GV/0001083-00 (Original amount owed $8,578.42) | | 11,407.50 |
| Superior Components 319 E. State Highway 28 P. O. Box 654 Morris, MN 56267 | Superior Components 319 E. State Highway 28 P. O. Box 654 Morris, MN 56267 | | | 2,692.34 |
| The Hartford P. O. Box 2907 Hartford, CT 06104 | The Hartford P. O. Box 2907 Hartford, CT 06104 | | | 5,828.73 |
| Triad Metals Inter 3480 Grand Avenue Pittsburgh, PA 15225 | Triad Metals Inter 3480 Grand Avenue Pittsburgh, PA 15225 | | | 3,561.55 |
| Trinity Rebar 1020 Winfield Road Winfield, WV 25213 | Trinity Rebar 1020 Winfield Road Winfield, WV 25213 | | | 20,828.53 |
| Valiant Steel & Equipment P. O. Box 1027 Norcross, GA 30091 | Valiant Steel & Equipment P. O. Box 1027 Norcross, GA 30091 | Judgment Case No. 10-C-214-K (Original amount owed $5,520.00) | | 6,280.00 |
| Valtronics P. O. Box 490 Ravenswood, WV 26164 | Valtronics P. O. Box 490 Ravenswood, WV 26164 | | | 4,973.91 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 29, 2011**                    Signature   **/s/ Lourn M. Boyce, Jr.**
                                                                              **Lourn M. Boyce, Jr.**
                                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of West Virginia

In re    **Raleigh Hardware Co.**
_____    Case No. _____

                                    Debtor(s)    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **September 29, 2011**    **/s/ Lourn M. Boyce, Jr.**
_____    _____

                                    **Lourn M. Boyce, Jr./President**
                                    Signer/Title

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

A. M. Castle & Co.
13843 Collection Cntr Drive
Chicago, IL 60693


Ace Steel, Inc.
2200 Buford Avenue, S. W.
Roanoke, VA 24015


Amtrol, Inc.
Dept. 1205
P. O. Box 40000
Hartford, CT 06151


Andy's Locksmith, Inc.
904 S. Oakwood Avenue
Beckley, WV 25801


Appalachian Fastner
123 Dye Drive
Beckley, WV 25801


Babcock Lumber
204 Little Buffalo Road
Gassaway, WV 26624


Bosco, Inc.
P. O. Box 1041
Beckley, WV 25801


BP Industries, Inc.
P. O. Box 406
Hico, WV 25854


Briggs Industries, Inc.
P. O. Box 165940
Miami, FL 33116


Bright Pages
Yellow Pages
P. O. BOx 15132
Wilmington, DE 19850


C. L. Smith Industrial Co.
2972 Arnold Tenbrook Drive
Arnold, MO 63010

Charleston Acoustics
900 MacCorkle Avenue, S.W.
Charleston, WV 25303


Classic Outdoor Advertising
P. O. Box 1614
Princeton, WV 24740


Data Resources Corp.
P. O. Box 800
Beaver, WV 25813


Davis Torch Repair
Rt. 1, Box 181-G
Dan Hale Reservoir Road
Bluefield, WV 24701


Do It Best Corp.
24441 Network Place
Chicago, IL 60673


Duraline, Inc.
P. O. Box 13130
Pittsburgh, PA 15243


Evolution
8363 Research Drive
Davenport, IA 52806


Excel Dryer, Inc.
P. O. Box 365
East Longmeadow, MA 01028


Fireball Delivery, Inc.
P. O. Box 441
Skelton, WV 25919


First Century Bank
500 Federal Street
P. O. Box 1559
Bluefield, WV 24701

Foster Supply, Inc.
4847 Teays ValleyRoad
P. O. Box 488
Scott Depot, WV 25560


General Purpose Steel/Euler Hermes UMA
505 Braddock Avenue
Turtle Creek, PA 15145


George L. Wilson of WV
P. O. Box 640452
Pittsburgh, PA 15264


Gorman, Sheatsley & Company
P. O. Box 5518
Beckley, WV 25801


Hess, Stewart & Campbell
940 Fourth Avenue, Suite 2
P. O. Box 1060
Huntington, WV 25713


Ifastgroupe Distribution
Division of IFC USA Corp.
39087 Treasury Center
Chicago, IL 60694


Internal Revenue Service
Attn: Special Procedures
425 Juliana Street
Parkersburg, WV 26101


Kanebridge Corporation
153 Bauer Drive
Oakland, NJ 07436


Kenilworth Steel
106 East Market Street
Warren, OH 44481


L. B. Steel LLC
37402 Eagle Way
Chicago, IL 60678

Lamson & Sessions
25701 Science Park Drive
Beachwood, OH 44122


Lute Supply
P. O. Box 721
Portsmouth, OH 45662


Mabscott Supply Company
P. O. Box 1560
Beckley, WV 25802


Meadows Oil Co.
P. O. Box 631
Beckley, WV 25801


Metropac Industries, Inc.
10 Annette Road
P. O. Box 9137
Foxboro, MA 02035


Mutual Wholesalers, Inc.
P. O. Box 1760
Huntington, WV 25718


Oak Hill Garage
P. O. Box 10
Lanark, WV 25860


Oatey S. C. S.
P. O. Box 982138
Cleveland, OH 44191


Ogden Directories
6050 St. Route 34
Winfield, WV 25213


Providian VISA
Providian Payments
P. O. Box 660548
Dallas, TX 75266


Robin Smith
P. O. Box 36
Lester, WV 25865

Rochling Engineering
Plastics LP
P. O. Box 536451
Atlanta, GA 30353


Rockingham Steel, Inc.
c/o Ellen Colan
P. O. Box 1347
Harrisonburg, VA 22803


Ropho Sales, Inc.
P. O. Box 600
Salem, VA 24153


Southeastern Freight Line
P. O. Box 100104
Columbia, SC 29202


Star Stainless Screw Co.
P. O. Box 288
30 West End Roda
Totowa, NJ 07512


Superior Components
319 E. State Highway 28
P. O. Box 654
Morris, MN 56267


The Hartford
P. O. Box 2907
Hartford, CT 06104


Town of Mabscott
Recorder-Treasurer
P. O. BOx 176
Mabscott, WV 25871


Triad Metals Inter
3480 Grand Avenue
Pittsburgh, PA 15225


Trinity Rebar
1020 Winfield Road
Winfield, WV 25213

Valiant Steel & Equipment
P. O. Box 1027
Norcross, GA 30091


Valtronics
P. O. Box 490
Ravenswood, WV 26164


W. Va. Secretary of State
P. O. Box 40300
Charleston, WV 25364


West Virginia State Tax Department
P.O. Drawer 2389
Charleston, WV 25328


Whitman Exterminating
601 S. Oakwood Avenue
Beckley, WV 25801


Yellow Pages, Inc.
B P L L C
P. O. Box 3505
New York, NY 10008


Zoeller Company
Department 8036
Carol Stream, IL 60122